IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JULIE A. ROBERTS, | ) | CIVIL ACTION NO. 3:22-CV-01147 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE HELMICK |
| v. | ) | |
| | ) | MAGISTRATE JUDGE GRIMES |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the Plaintiff's claim, take any further action necessary to complete the administrative record, to include offering Plaintiff a new hearing, and issue a new decision.

Date: 12/7/2022                                  Entered: s/ Jeffrey J. Helmick
                                                                   United States District Judge